No. 95-4178

Barry Andre Wilburn,               *
                                  *

       Appellant,           *
                                  *

    v.                        *
                                  *

Bill Terry, Classification    *
Officer, Cummins Unit, Arkansas  *
Department of Correction; Carmen *
McMahan, Nurse, Cummins Unit    *
Infirmary, Arkansas Department   *
of Correction (originally sued   *
as McHand); Yvonne Cole, Cummins *
Unit Infirmary, Arkansas        *
Department of Correction       *  Appeal from the United States
(originally sued as Cole); Ella *  District Court for the
Casady, Nurse, Cummins Unit     *  Eastern District of Arkansas.
Infirmary, Arkansas Department   *
of Correction (originally sued   *     [UNPUBLISHED]
as Cassity),                  *
                                  *

       Appellees.          *
                                  *

----------------------       *
                                  *

Barry Andre Wilburn,           *
                                  *

       Appellant,           *
                                  *

    v.                        *
                                  *

Floyd McHan, originally sued as  *
Major McHan,               *
                                  *

       Appellee.           *

_____

Submitted:  June 20, 1996

Filed:  June 25, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Barry Andre Wilburn appeals from the district court's[1] order dismissing his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' briefs, we conclude the judgment of the district court was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

-2-